# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

**R D K L L C**  CASE NO. 1:23-CV-00327

**VERSUS**  JUDGE TERRY A. DOUGHTY

**FEDERATED SERVICE INSURANCE CO**  MAG. JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 32] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 33] filed by Plaintiff RDK, L.L.C. ("RDK"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because there is no coverage for the alleged claims under Defendant Federated Service's ("Federated") Auto Policy and because RDK fails to state plausible claims for breach of contract and bad faith absent coverage, Federated's Motion to Dismiss [Doc. No. 19] is **GRANTED,** and RDK's action against Federated Service is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that RDK's Motion to Amend Complaint for Damages [Doc. No. 14] is **DENIED** as moot.

MONROE, LOUISIANA, this the 23rd day of August 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE